

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2020

No. 04-19-00359-CR

Laura Flores **MESSICK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR11174
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Appellant's court-appointed attorney filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967). On January 28, 2020, this court ordered appellant to file her pro se brief, if any, by February 27, 2020. On February 18, 2020, appellant filed a motion requesting an extension of time to file her pro se brief. After consideration, we **GRANT** appellant a 30-day extension of time and **ORDER** her to file her brief **by March 30, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court